**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cedric James SINEGAL, also known
as Boobie, Defendant–Appellant.**

**No. 08–30328
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 22, 2011.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Cedric James Sinegal in his proceeding pursuant to 18 U.S.C. § 3582(c)(2) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sinegal has not filed a response.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

During the pendency of this appeal, Sinegal completed his sentence of imprisonment and began a term of supervision. The appeal is, therefore, moot. *See United States v. Booker,* 645 F.3d 328 (5th Cir.2011). The appeal is dismissed and counsel's motion to withdraw is denied as unnecessary.

APPEAL DISMISSED; MOTION DENIED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.